1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
   LISA E. JENNIS
3  Assistant U.S. Attorney
   Two Renaissance Square
4  40 N. Central Ave., Suite 1800
   Phoenix, Arizona  85004
5  Telephone:  602-514-7500
   Email: lisa.jennis@usdoj.gov
6  Attorney for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ARIZONA

9
   United States of America,                    CR-16-01266-1-PHX-DJH
10
                        Plaintiff,
11                                       **UNITED STATES' MOTION FOR AN**
                                         **ORDER MODIFYING DEFENDANT'S**
12           vs.                          **CONDITIONS OF PROBATION**

13  Sharmarke Yusuf Ahmed,

14                       Defendant.

15         The United States of America, by and through undersigned counsel, hereby files this

16  motion and proposed order respectfully requesting that the court issue an order detailing

17  its rulings from the bench on June 25, 2019.  (CR 41.)

18         On June 25, 2019, this court held a hearing on Defendant's Motion to Travel.

19  During that hearing, the court modified Defendant's conditions of probation.  In order to

20  provide specific guidance to Defendant and his probation officer and to avoid confusion,

21  the United States' requests that this court issue an Order detailing such modifications.

22         A proposed order is submitted with this motion.  Defense Counsel, Andrew M.

23  McDonald, was contacted regarding this motion and proposed order and he objects to the

24  proposed order as written as the proposed order is not consistent with his memory of the

25  court's rulings.

26  //

27  //

28  //

1       Respectfully submitted this 2nd day of July, 2019.

2

3                              MICHAEL BAILEY
                             United States Attorney

4                              District of Arizona

5

6                              */s Lisa E. Jennis*
                             LISA E. JENNIS

7                              Assistant U.S. Attorney

8

9 Certificate of Service

10 I hereby certify that on this date, I electronically transmitted the attached document to the

11 Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic
Filing to the following CM/ECF registrants:

12

13 Andrew Melvin McDonald, Jr. and Hayley Campbell and Lavita S. Grissom, U.S.
Probation Officers.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28